1  **WO**

5  IN THE UNITED STATES DISTRICT COURT
6  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.: 15-04251MJ-001-PCT-DMF |
| Plaintiff, | **ORDER** |
| vs. | |
| Elijah Lawrence, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's identity and probable cause hearings were waived and the detention hearing was held by defendant through defense counsel.

The Court finds that defendant is the person alleged to have violated supervised release in the petition. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition. Defendant shall be bound over for further proceedings on the petition to revoke supervised release in the District of Vermont.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings in the District of Vermont. Pursuant to Rule 32.1(a)(6), F.R.Crim.P., defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

DATED this 2nd day of September, 2015.

Deborah M. Fine
United States Magistrate Judge